# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of March, two thousand twenty-five.

_____

Jean Robert Saint-Jean, Edith Saint-Jean, Felex Saintil, Linda Commodore, Beverley Small, Yanick Saintil, Jeanette Small, Felipe Howell, Jr., as Administrator of the Estate of Felipe R. Howell,

**ORDER**

Docket No: 22-3094

    Plaintiffs - Appellees,

Felipe Howell,

    Plaintiff,

v.

Emigrant Mortgage Company, Emigrant Bank,

    Defendants - Appellants,

Emigrant Savings Bank-Manhattan, Emigrant Bancorp, Inc.,

    Defendants.

_____

Appellants Emigrant Bank and Emigrant Mortgage Company filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

